UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
JANUARY 8, 2019 SESSION



**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 3:19-00015

                                8 U.S.C. § 1326(a)

**HUBER RODRIGUEZ-DIAZ**

## I N D I C T M E N T
### (Reentry of a Removed Alien)

The Grand Jury Charges:

1.   On or about July 25, 2014, defendant HUBER RODRIGUEZ-DIAZ, an alien, was found at or near Douglas, Arizona, and was subsequently removed from the United States to Mexico on or about July 25, 2014.

2.   On or about December 19, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant HUBER RODRIGUEZ-DIAZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                    MICHAEL B. STUART
                    United States Attorney

By: _____
       ERIK S. GOES
       Assistant United States Attorney